**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Case #15-16263 |
| **Debtor:** Maria Cordovi | Chapter 13 |

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 12-02-2015 and the following parties were present:

1. [ x ] The Debtor: Maria Cordovi
2. [ x ] The Debtor's Attorney: Robert Sanchez, Esq.
3. [ x ] The Lender's Representative: SunTrust Banks, Inc.
4. [ x ] The Lender's Attorney: Tricia Morra, Esq.

**B.** The final MMM conference was scheduled for 12-02-2015 but not conducted for the following reason:

1. [   ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the MMM conference is as follows:

1. [   ] The parties reached an agreement
2. [ x ] The parties did not reach an agreement


Dated: 12.02.15

Signature of Mediator:  /s/ Tania Ochoa, Esq.
Printed Name: Tania Ochoa
Address: 2001 Palm Beach Lakes Blvd. Suite 502-F
West Palm Beach, FL 33409
Phone: (561) 355-5177
Email: Tania@ochoabankruptcy.com