UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

    Maria V Cordovi              Case No. 15-16263-RAM
        Debtor.                     Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, Maria V. Cordovi, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On April 7, 2015 the instant case was filed.

2. On July 23, 2015 debtor's First Amended Chapter 13 plan was confirmed.

3. In debtor's confirmed plan, the debtor was participating in the Court's MMM program, but an agreement was not reached.

4. Debtor will surrender her interest in the property at 13751 SW 17 Terrace, Miami, FL 33175 in the modified plan.

5. Debtor wishes to modify the plan to surrender her homestead property as he is financially unable to maintain it.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's <u>Second</u> Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

Dated: <u>March 21, 2016</u>

                                Respectfully Submitted:
                                **ROBERT SANCHEZ, P.A.**
                                355 W 49th Street
                                Hialeah, FL 33012
                                Tel. 305-687-8008
                                By:<u>/s/ Robert Sanchez</u>_____
                                    Robert Sanchez, Esq., FBN#0442161