**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**2nd Modified plan**

DEBTOR: Maria Cordovi          JOINT DEBTOR:                              CASE NO.: 15-16263-RAM
Last Four Digits of SS# 5690      Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

      A.    $ 1,536.96   for months  1 to  11        ; in order to pay the following creditors:
      B.    $ 354.62     for months  12 to  60       ; in order to pay the following creditors:

Administrative:      Attorney's Fee - $ 3650 + $2500 (MMM) + $525 Mtn Modify = $6675      TOTAL
                        PAID $ 1850           Balance Due $ 4825
                        payable $ 175.91 month (Months  1 to  11) payable $ 289.00/month (Months  12 to  21)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  Suntrust Mortgage
Address: 1001 Semmes Avenue
Richmond, VA 23224                    MMM Payment      $ 1,227.27/month (Months  1 to  11)
Account No: xxxx5537

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____ Total Due  $_____
                        Payable    $_____/month (Months____to ___) Regular Payment $_____

Unsecured Creditors:  Pay $ 11.19/month (Months 1 to  11); Pay $ 30.16/month (Months 12 to  21); and Pay $ 319.16/month (Months 22 to  60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Nationstar Mortgage and will continue to pay said creditor directly outside the chapter 13 plan. The Debtor did not reach an agreement with lender SunTrust Mortgage at MMM and wishes to surrender the property located at 13751 SW 17 Terrace, Miami, FL 33175. The obligations to lender SunTrust will be considered "treated outside the plan" per the language below.

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/ Robert Sanchez, Esq.                          _____
Attorney for Debtor                                        Joint Debtor
Date:    03/21/2016                                        Date:_____

LF-31 (rev. 01/08/10)